Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason R George**
    Debtor(s)

Bankruptcy Case No.: 16–23985–CMB
Issued Per May 18, 2017 Proceeding
Chapter: 13
Docket No.: 32 – 2, 23
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 26, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H. Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.
The claim of Visionary Federal Credit Union at Claim No. 4 shall govern as to amount, to be paid in full at modified plan terms at $281 per month.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: May 24, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 16-23985-CMB
Jason R George                                                      Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: jhel                Page 1 of 2                  Date Rcvd: May 24, 2017
                               Form ID: 149              Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
```
db             +Jason R George,    3373 Ridge Road,    Aliquippa, PA 15001-5807
14311764       +Beth Arnold Howell, Esq.,    Chromulak & Associates, LLC,    401 Technology Drive,    Suite 202,
                 Canonsburg, PA 15317-7538
14311765       +Beth Arnold Howell, Esq.,    1835 Market Street,    Philadelphia, PA 19103-2968
14311766        Bonded Collection Service,    541 21st Avenue,    Longmont, CO 80501
14311768       +CCR Trust 2009-2,    c/o Garrison Investment Group,    1350 Ave of the Americas,    9th Floor,
                 New York, NY 10019-4702
14311767       +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
14311769        Citibank (South Dakota), N.A.,    PO Box 6152,    Sioux Falls, SD 57117-6152
14311771        Constar Financial Services, LLC,    3561 W Bell Road,    Phoenix, AZ 85053-2965
14311772       +Daniel Santucci, Esquire,    1 International Plaza,    5th Floor,    Philadelphia, PA 19113-1510
14311774       +David J. Apothaker, Esquire,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
14311773       +David J. Apothaker, Esquire,    2417 Welsh Road, Ste 21 #520,    Philadelphia, PA 19114-2209
14311775       +Demetrios Tsarouhis, Esquire,    21 S. Ninth Street,    Allentown, PA 18102-4861
14311776        First National Bank Omaha,    PO Box 2951,    Omaha, NE 68103-2951
14336581       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14311777        Four Seasons Investments, LLC,    c/o Shapiro Law Office, PC,    33 Rock Hill Road,    PO Box 1050,
                 Bala Cynwyd, PA 19004-5050
14311778        GMAC,   P.O. Box 22780,    Rochester, NY 14692
14325900       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14311780       +Household Finance Consumer Discount Co,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
14311781       +Huntington National Bank,    Bankruptcy Notifications,    Po Box 340996,
                 Columbus, OH 43234-0996
14311782       +Northstar Capital Acquisition,    c/o David J. Apothaker, Esquire,    520 Fellowship Road, C306,
                 Mount Laurel, NJ 08054-3410
14311784       +PNC Bank,    Attn: Bankruptcy Dept.,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
14325413       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14311783        Plaza Associates,    JAF Station, PO Box 2769,    New York, NY 10116-2769
14311785      #+Tate & Kirlin Associates,    2810 Southhampton Road,    Philadelphia, PA 19154-1207
14311786       +Visionary Fcu,    201 Beram Ave,   Bridgeville, PA 15017-2941
14334178       +Visionary Federal Credit Union,    201 Beram Ave,    Bridgeville, PA 15017-2941
14311787       +Weltman, Weinberg & Reis,    2718 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1842
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14367425       +E-mail/Text: bankruptcy@cavps.com May 25 2017 00:58:48      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14311770       +E-mail/Text: bankruptcy@clearviewfcu.org May 25 2017 00:58:23      Clearview Federal Cu,
                 Attn:Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
14311779       +E-mail/Text: bankruptcy.notices@hdfsi.com May 25 2017 00:59:06      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14335104        E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2017 00:50:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14372559        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 01:01:16
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14312947       +E-mail/Text: bankruptcy@huntington.com May 25 2017 00:58:20      The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2           User: jhel              Page 2 of 2            Date Rcvd: May 24, 2017
                               Form ID: 149            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
          Edgardo D. Santillan    on behalf of Debtor Jason R George ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```