IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JASON R. GEORGE

             Debtor,
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JASON R. GEORGE
             Movant,
   vs.
HOUSEHOLD FINANCE CONSUMER
DISCOUNT COMPANY
            Respondent,

)
)
)
)
)
)
)
)
)
)
)
)

Bankruptcy No. 16-23985-CMB

Chapter 13

Document No.   35

**ENTERED BY DEFAULT**

## ORDER OF COURT

     AND NOW, this __6th__ day of ___December___, 2019, upon consideration of the Debtor's Motion to Avoid Lien, it is hereby Ordered that the Motion is granted and that the judgment of Household Finance Consumer Discount Company entered in the Court of Common Pleas of Beaver County, Pennsylvania, at case number 2009-10230 in the amount of $11,757.52, plus costs and interest, is hereby avoided as a lien against the Debtor's real and personal property.

     IT IS FURTHER ORDERED that the exempted personal property of the Debtor is hereby released from the liens and/or security interests as requested in this motion and shall not attach, nor require to be paid by any future property obtained by the Debtor.

    Household Finance Consumer Discount Company shall cooperate with the Debtor in taking all necessary steps to remove any record of the lien.

BY THE COURT:

*Carlota M. Böhm*   **dmr**

Chief Judge Carlota Bohm
United States Bankruptcy Judge

FILED
12/6/19 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-23985-CMB
Jason R George                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric           Page 1 of 1          Date Rcvd: Dec 06, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db              +Jason R George,    3373 Ridge Road,    Aliquippa, PA 15001-5807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
            Edgardo D Santillan    on behalf of Debtor Jason R George ed@santillanlaw.com,
            edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
            eds.myecfemail@gmail.com,r53999@notify.bestcase.com
            James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                    TOTAL: 4