UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 16-23985-CMB |
| JASON R. GEORGE ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ********************************** ) | Related Document No. 43 & 44 |
| JASON R. GEORGE ) | |
| Movant, ) | |
| vs. ) | Hearing Date: 12/18/2019 @ 10:00a.m. |
| CCR TRUST 2009-2 ) | |
| C/O GARRISON INVESTMENT GROUP ) | |
| Respondent, ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AVOID LIEN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Lien filed on November 20, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Lien appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid were to be filed and served no later than December 7, 2019.

It is hereby respectfully requested that the Order to the Motion to Avoid Lien be entered by the Court.

Dated: December 9, 2019

**/s/ Edgardo D. Santillan**
Edgardo D. Santillan, Esquire
PA ID# 60030
SANTILLAN LAW, PC.
908 22nd St.
Aliquippa, PA 15001
724-770-1040
ed@santillanlaw.com