IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 16-23985-CMB |
| JASON R. GEORGE | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| ****************************** | ) | Document No.  45 |
| JASON R. GEORGE | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | **ENTERED BY DEFAULT** |
| CITIBANK (SOUTH DAKOTA) N.A. | ) | |
| Respondent, | ) | |

## ORDER OF COURT

AND NOW, this  11th  day of  December , 2019, upon consideration of the Debtor's Motion to Avoid Lien, it is hereby Ordered that the Motion is granted and that the judgment of Citibank (South Dakota) N.A.  entered in the Court of Common Pleas of Beaver County, Pennsylvania, at case number 2009-31064  in the amount of $3,838.54 plus costs and interest, is hereby avoided as a lien against the Debtor's real and personal property.

IT IS FURTHER ORDERED  that the exempted personal property of the Debtor is hereby released from the liens and/or security interests as requested in this motion and shall not attach, nor require to be paid by any future property obtained by the Debtor.

Citibank (South Dakota)NA   shall cooperate with the Debtor in taking all necessary steps to remove any record of the lien.

BY THE COURT:

FILED
12/11/19 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Chief Judge Carlota Bohm    **dmr**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 16-23985-CMB
Jason R George                                                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: dric                  Page 1 of 1                  Date Rcvd: Dec 11, 2019
                                  Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db             +Jason R George,    3373 Ridge Road,    Aliquippa, PA 15001-5807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
      Edgardo D Santillan    on behalf of Debtor Jason R George ed@santillanlaw.com,
       edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
       eds.myecfemail@gmail.com,r53999@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                          TOTAL: 4