**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

05/01/2020

IN RE:

JASON R GEORGE
3373 RIDGE ROAD
ALIQUIPPA, PA 15001
XXX-XX-1998          Debtor(s)

Case No.16-23985 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/1/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **HARLEY DAVIDSON CREDIT CORP*** <br> BOX 15129 <br> PALATINE, IL 60055-5129 | Trustee Claim Number: 1   INT %: 8.25% <br> Court Claim Number: 3 <br> CLAIM: 13,630.57 <br> COMMENT: 13530@8.25%MDF/PL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 3652 |
| **HUNTINGTON NATIONAL BANK(*)** <br> 5555 CLEVELAND AVE - GW1N10 <br> COLUMBUS, OH 43231 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 0.00 <br> COMMENT: 470/PL*467.71x(60+2)=LMT | CRED DESC: VEHICLE <br> ACCOUNT NO.: 9220 |
| **VISIONARY FEDERAL CREDIT UNION** <br> 201 BERAM AVE <br> BRIDGEVILLE, PA 15017 | Trustee Claim Number: 3   INT %: 4.00% <br> Court Claim Number: 4 <br> CLAIM: 15,232.24 <br> COMMENT: CL$GOVS@4%MDF*PMT/CONF | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7001 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 702.92 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8529 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 505.32 <br> COMMENT: CAP ONE/HOUSEHOLD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6430 |
| **CCR TRUST 2009-2** <br> C/O GARRISON INVESTMENT FROUP <br> 1350 AVENUE OF THE AMERICAS 9TH FL <br> NEW YORK, NY 10019 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: AVD/DOE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2209 |
| **CITIBANK NA(*)++** <br> 4740 121ST ST <br> URBANDALE, IA 50323 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: AVD/DOE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1064 |
| **CLEARVIEW FCU**** <br> 8805 UNIVERSITY BLVD <br> MOON TWP, PA 15108-4212 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 839.13 <br> COMMENT: X2670/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4330 |
| **FIRST NATIONAL BANK OF OMAHA(*)** <br> 1620 DODGE ST STOP 3106* <br> OMAHA, NE 68197-3106 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 94.36 <br> COMMENT: STMT THRU 9/9/16 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7220 |
| **FOUR SEASONS INVESTMENTS LLC** <br> C/O SHAPIRO LAW OFFICE PC <br> 712 DARBY RD <br> PO BOX 20 <br> HAVERTOWN, PA 19083 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **GMAC*** <br> ATTN TRUSTEE PAYMENT CENTER <br> POB 78367 <br> PHOENIX, AZ 85062 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: DFNCY REPO/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9896 |
| **HOUSEHOLD FINANCE CDC** <br> C/O PRA RECEIVABLES MGMNT LLC <br> POB 12907 <br> NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0230 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 5 | CLAIM: 3,883.08 <br> COMMENT: AVD/DOE*NORTH STAR CAPITAL ACQSTN*X1661/SCH*JUDGMENT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9593 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3579 |
| **CHROMULAK & ASSOCIATES** <br> 401 TECHNOLOGY DR <br> STE 202 <br> CANONSBURG, PA 15317 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **BLATT HASENMILLER LEIBSKER & MOORE LLC** <br> 1835 MARKET ST STE 501 <br> PHILADELPHIA, PA 19103 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **BONDED COLLECTION CORP++** <br> 29 E MADISON ST <br> CHICAGO, IL 60602 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CONSTAR FINANCIAL++** <br> 3561 W BELL RD <br> PHOENIX, AZ 85053-2965 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **DANIEL JOSEPH SANTUCCI ESQ** <br> 1 INTERNATIONAL PLAZA 5TH FL <br> PHILADELPHIA, PA 19113 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **APOTHAKER & ASSOC** <br> 520 FELLOWSHIP RD C 306 <br> MOUNT LAUREL, NJ 08054 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **KEIFER AND TSAROUHIS LLP**<br>21 S 9TH ST STE 200<br>ALLENTOWN, PA 18102 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PLAZA ASSOCIATES**<br>PO BOX 18008<br>HAUPPAUGE, NY 11788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TATE & KIRLIN ASSOC++**<br>2810 SOUTHAMPTON RD<br>PHILADELPHIA, PA 19154 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br>PITTSBURGH, PA 15219-1842 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LINDA GEORGE**<br>3373 RIDGE RD<br>ALIQUIPPA, PA 15001 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DICKS SPORTING/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4163 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 17,304.03<br>COMMENT: AVD/DOE*NT/SCH*HSBC CONSUMER LNDNG~HOUSEHOLD FNNC~BENEFICIAL*JU | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2654 |