**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-23985-CMB |
| | ) | |
| Jason R. George, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. 67 |
| | ) | Related to Document No. |

## CONSENT ORDER APPROVING REMAINDER OF ATTORNEY FEES

AND NOW, this __12th__ day of __November__, 2021, upon consent of the Debtors' Counsel and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties, as the instant case is scheduled to successfully complete and imminently close.

AND NOW, the parties aver that case is in month 61 of a 60-month confirmed plan term and the plan base has been met.

AND NOW, the parties consent that the most recent confirmed plan in this case ear-marked one thousand two hundred dollars ($1,200) in additional attorney fees over and above the previous "no-look" fee of four thousand dollars ($4,000).

AND NOW, counsel for the Debtors verifies that time and fees in the case are at least five thousand two dollars ($5,200) total.

AND NOW, the parties aver that there are sufficient funds on hand with the Chapter 13 Trustee to immediately pay Debtors' Counsel the monies due.

It is ORDERED that the Chapter 13 Trustee is authorized to disburse the one thousand two hundred dollars ($1200) on hand for earned attorney fees, absent a formal fee application.

It is also ORDERED that within five (5) days of this order, Debtors' Counsel shall serve all creditors on the official mailing matrix, Interested Parties and the Debtor and file a Certificate of Service with the Court.

FILED
11/12/21 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

Consented to:

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
Attorney for Debtor

/s/ Ronda J. Winnecour
Ronda Winnecour, Esquire
Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23985-CMB |
| Jason R George | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 1 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason R George, 3373 Ridge Road, Aliquippa, PA 15001-5807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Debtor Jason R George ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4