**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason R George**
Debtor(s)

Bankruptcy Case No.: 16−23985−CMB
Related to Doc. No. 70
Chapter: 13
Docket No.: 71 − 70

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of December, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/11/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/22/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/11/22.**

Carlota M. Bohm<br>United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason R George  
    Debtor

Case No. 16-23985-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: Dec 28, 2021      Form ID: 408v      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason R George, 3373 Ridge Road, Aliquippa, PA 15001-5807 |
| 14311764 | + | Beth Arnold Howell, Esq., Chromulak & Associates, LLC, 401 Technology Drive, Suite 202, Canonsburg, PA 15317-7538 |
| 14311765 | + | Beth Arnold Howell, Esq., 1835 Market Street, Philadelphia, PA 19103-2968 |
| 14311766 | | Bonded Collection Service, 541 21st Avenue, Longmont, CO 80501 |
| 14311768 | + | CCR Trust 2009-2, c/o Garrison Investment Group, 1350 Ave of the Americas, 9th Floor, New York, NY 10019-4702 |
| 14311769 | | Citibank (South Dakota), N.A., PO Box 6152, Sioux Falls, SD 57117-6152 |
| 14311772 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14311774 | + | David J. Apothaker, Esquire, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14311773 | + | David J. Apothaker, Esquire, 2417 Welsh Road, Ste 21 #520, Philadelphia, PA 19114-2209 |
| 14311775 | + | Demetrios Tsarouhis, Esquire, 21 S. Ninth Street, Allentown, PA 18102-4861 |
| 14311776 | | First National Bank Omaha, PO Box 2951, Omaha, NE 68103-2951 |
| 14311777 | | Four Seasons Investments, LLC, c/o Shapiro Law Office, PC, 33 Rock Hill Road, PO Box 1050, Bala Cynwyd, PA 19004-5050 |
| 14311778 | | GMAC, P.O. Box 22780, Rochester, NY 14692 |
| 14325900 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14311780 | + | Household Finance Consumer Discount Co, 2700 Sanders Road, Prospect Heights, IL 60070-2701 |
| 14311782 | + | Northstar Capital Acquisition, c/o David J. Apothaker, Esquire, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14336581 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14311783 | | Plaza Associates, JAF Station, PO Box 2769, New York, NY 10116-2769 |
| 14311785 | + | Tate & Kirlin Associates, 2810 Southhampton Road, Philadelphia, PA 19154-1207 |
| 14311786 | + | Visionary Fcu, 201 Beram Ave, Bridgeville, PA 15017-2941 |
| 14334178 | + | Visionary Federal Credit Union, 201 Beram Ave, Bridgeville, PA 15017-2941 |
| 14311787 | + | Weltman, Weinberg & Reis, 2718 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14311767 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 23:20:36 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14367425 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14311770 | + | Email/Text: bankruptcy@clearviewfcu.org | Dec 28 2021 23:09:00 | Clearview Federal Cu, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14311779 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 28 2021 23:09:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14311781 | + | Email/Text: bankruptcy@huntington.com | Dec 28 2021 23:09:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14335104 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 16-23985-CMB    Doc 72    Filed 12/30/21    Entered 12/31/21 00:23:10    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: 408v | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | Dec 28 2021 23:20:36 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14311784 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 23:09:00 | PNC Bank, Attn: Bankruptcy Dept., 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 14372559 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 23:20:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325413 | + Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 23:20:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14312947 | + Email/Text: bankruptcy@huntington.com | Dec 28 2021 23:09:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14311771 | ## | Constar Financial Services, LLC, 3561 W Bell Road, Phoenix, AZ 85053-2965 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2021           Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
   on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Edgardo D Santillan
   on behalf of Debtor Jason R George ed@santillanlaw.com
   edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 4