**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON R GEORGE<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-23985<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

　December 23, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/26/2016 and confirmed on 12/29/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,100.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,100.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,101.87 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,101.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 13,630.57 | 13,630.57 | 3,117.58 | 16,748.15 |
|     Acct: 3652 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 28,530.31 | 0.00 | 28,530.31 |
|     Acct: 9220 | | | | |
|   VISIONARY FEDERAL CREDIT UNION | 15,232.24 | 15,232.24 | 1,676.36 | 16,908.60 |
|     Acct: 7001 | | | | |
| | | | | 62,187.06 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON R GEORGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 702.92 | 476.40 | 0.00 | 476.40 |
|     Acct: 8529 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 505.32 | 342.48 | 0.00 | 342.48 |
|     Acct: 6430 | | | | |
|   CCR TRUST 2009-2++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2209 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1064 | | | | |
|   CLEARVIEW FCU** | 839.13 | 568.72 | 0.00 | 568.72 |
|     Acct: 4330 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 94.36 | 63.95 | 0.00 | 63.95 |
|     Acct: 7220 | | | | |
|   FOUR SEASONS INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9896 | | | | |
|   HOUSEHOLD FINANCE CDC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0230 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 3,883.08 | 2,631.75 | 0.00 | 2,631.75 |
| | Acct: 9593 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3579 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 17,304.03 | 11,727.77 | 0.00 | 11,727.77 |
| | Acct: 2654 | | | | |
| | LINDA GEORGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4163 | | | | |
| | CHROMULAK & ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BLATT HASENMILLER LEIBSKER & MOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BONDED COLLECTION CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CONSTAR FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL JOSEPH SANTUCCI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEIFER AND TSAROUHIS LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PLAZA ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TATE & KIRLIN ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 15,811.07 |

TOTAL PAID TO CREDITORS                                                                    77,998.13

TOTAL CLAIMED
PRIORITY            0.00
SECURED         28,862.81
UNSECURED       23,328.84


Date: 12/23/2021                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON R GEORGE

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-23985

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-23985-CMB
Jason R George     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2
Date Rcvd: Dec 28, 2021     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason R George, 3373 Ridge Road, Aliquippa, PA 15001-5807 |
| 14311764 | + | Beth Arnold Howell, Esq., Chromulak & Associates, LLC, 401 Technology Drive, Suite 202, Canonsburg, PA 15317-7538 |
| 14311765 | + | Beth Arnold Howell, Esq., 1835 Market Street, Philadelphia, PA 19103-2968 |
| 14311766 | | Bonded Collection Service, 541 21st Avenue, Longmont, CO 80501 |
| 14311768 | + | CCR Trust 2009-2, c/o Garrison Investment Group, 1350 Ave of the Americas, 9th Floor, New York, NY 10019-4702 |
| 14311769 | | Citibank (South Dakota), N.A., PO Box 6152, Sioux Falls, SD 57117-6152 |
| 14311772 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14311774 | + | David J. Apothaker, Esquire, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14311773 | + | David J. Apothaker, Esquire, 2417 Welsh Road, Ste 21 #520, Philadelphia, PA 19114-2209 |
| 14311775 | + | Demetrios Tsarouhis, Esquire, 21 S. Ninth Street, Allentown, PA 18102-4861 |
| 14311776 | | First National Bank Omaha, PO Box 2951, Omaha, NE 68103-2951 |
| 14311777 | | Four Seasons Investments, LLC, c/o Shapiro Law Office, PC, 33 Rock Hill Road, PO Box 1050, Bala Cynwyd, PA 19004-5050 |
| 14311778 | | GMAC, P.O. Box 22780, Rochester, NY 14692 |
| 14325900 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14311780 | + | Household Finance Consumer Discount Co, 2700 Sanders Road, Prospect Heights, IL 60070-2701 |
| 14311782 | + | Northstar Capital Acquisition, c/o David J. Apothaker, Esquire, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14336581 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14311783 | | Plaza Associates, JAF Station, PO Box 2769, New York, NY 10116-2769 |
| 14311785 | + | Tate & Kirlin Associates, 2810 Southhampton Road, Philadelphia, PA 19154-1207 |
| 14311786 | + | Visionary Fcu, 201 Beram Ave, Bridgeville, PA 15017-2941 |
| 14334178 | + | Visionary Federal Credit Union, 201 Beram Ave, Bridgeville, PA 15017-2941 |
| 14311787 | + | Weltman, Weinberg & Reis, 2718 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14311767 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 23:20:42 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14367425 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14311770 | + | Email/Text: bankruptcy@clearviewfcu.org | Dec 28 2021 23:09:00 | Clearview Federal Cu, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14311779 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 28 2021 23:09:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14311781 | + | Email/Text: bankruptcy@huntington.com | Dec 28 2021 23:09:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14335104 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 16-23985-CMB    Doc 73    Filed 12/30/21    Entered 12/31/21 00:23:10    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 32 |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 28 2021 23:20:36 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14311784 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 23:09:00 | PNC Bank, Attn: Bankruptcy Dept., 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 14372559 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 23:20:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325413 | + Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 23:20:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14312947 | + Email/Text: bankruptcy@huntington.com | Dec 28 2021 23:09:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Harley-Davidson Credit Corp |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14311771 | ## | Constar Financial Services, LLC, 3561 W Bell Road, Phoenix, AZ 85053-2965 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Debtor Jason R George ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4