| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jason R George<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1998<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–23985–CMB | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Jason R George

2/14/22    **By the court:** Carlota M. Bohm
                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23985-CMB |
| Jason R George | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 14, 2022 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason R George, 3373 Ridge Road, Aliquippa, PA 15001-5807 |
| 14311764 | + | Beth Arnold Howell, Esq., Chromulak & Associates, LLC, 401 Technology Drive, Suite 202, Canonsburg, PA 15317-7538 |
| 14311765 | + | Beth Arnold Howell, Esq., 1835 Market Street, Philadelphia, PA 19103-2968 |
| 14311766 | | Bonded Collection Service, 541 21st Avenue, Longmont, CO 80501 |
| 14311768 | + | CCR Trust 2009-2, c/o Garrison Investment Group, 1350 Ave of the Americas, 9th Floor, New York, NY 10019-4702 |
| 14311769 | | Citibank (South Dakota), N.A., PO Box 6152, Sioux Falls, SD 57117-6152 |
| 14311772 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14311774 | + | David J. Apothaker, Esquire, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14311773 | + | David J. Apothaker, Esquire, 2417 Welsh Road, Ste 21 #520, Philadelphia, PA 19114-2209 |
| 14311775 | + | Demetrios Tsarouhis, Esquire, 21 S. Ninth Street, Allentown, PA 18102-4861 |
| 14311776 | | First National Bank Omaha, PO Box 2951, Omaha, NE 68103-2951 |
| 14336581 | + | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197-0002 |
| 14311777 | | Four Seasons Investments, LLC, c/o Shapiro Law Office, PC, 33 Rock Hill Road, PO Box 1050, Bala Cynwyd, PA 19004-5050 |
| 14311778 | | GMAC, P.O. Box 22780, Rochester, NY 14692 |
| 14325900 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14311782 | + | Northstar Capital Acquisition, c/o David J. Apothaker, Esquire, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14311783 | | Plaza Associates, JAF Station, PO Box 2769, New York, NY 10116-2769 |
| 14311785 | + | Tate & Kirlin Associates, 2810 Southhampton Road, Philadelphia, PA 19154-1207 |
| 14311786 | + | Visionary Fcu, 201 Beram Ave, Bridgeville, PA 15017-2941 |
| 14334178 | + | Visionary Federal Credit Union, 201 Beram Ave, Bridgeville, PA 15017-2941 |
| 14311787 | + | Weltman, Weinberg & Reis, 2718 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 15 2022 08:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 15 2022 08:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14311767 | + EDI: CAPITALONE.COM | Feb 15 2022 08:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14367425 | + Email/Text: bankruptcy@cavps.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 15 2022 03:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14311770 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 15 2022 03:43:00 | Clearview Federal Cu, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14311779 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 15 2022 03:43:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14325900 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 15 2022 03:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14311780 | + | EDI: HFC.COM | Feb 15 2022 08:28:00 | Household Finance Consumer Discount Co, 2700 Sanders Road, Prospect Heights, IL 60070-2701 |
| 14311781 | + | Email/Text: bankruptcy@huntington.com | Feb 15 2022 03:43:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14335104 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2022 03:44:12 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14311784 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2022 03:43:00 | PNC Bank, Attn: Bankruptcy Dept., 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 14372559 | | EDI: PRA.COM | Feb 15 2022 08:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14325413 | + | EDI: RECOVERYCORP.COM | Feb 15 2022 08:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14312947 | + | Email/Text: bankruptcy@huntington.com | Feb 15 2022 03:43:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14311771 | ## | Constar Financial Services, LLC, 3561 W Bell Road, Phoenix, AZ 85053-2965 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 14, 2022 | Form ID: 3180W | Total Noticed: 34

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Debtor Jason R George ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4